UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNIE M. HESTER,

      Plaintiff,

                                  Case No. 14-mc-50368
vs.                                    HON. GERSHWIN A. DRAIN

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER DENYING PERMISSION TO FILE COMPLAINT

Plaintiff, Annie M. Hester, is a prolific filer who has been enjoined from filing any new complaints in this Court against the Commissioner of Social Security without first obtaining the Court's approval. *See Hester v. Commissioner of Social Security*, No. 08-14575 (E.D. Mich. Sept. 9, 2009); *see also Hester v. Commissioner of Social Security*, No. 12-mc-51140 (E.D. Mich. Aug. 29, 2012); *Hester v. Commissioner of Social Security*, No. 14-mc-50315 (E.D. Mich. March 13, 2014). A review of Plaintiff's present Petition reveals that she attempting to relitigate claims that have already been considered and rejected by this Court. As such, Plaintiff has failed to identify a basis for allowing her to file yet another Complaint against the Commissioner.

Accordingly, Plaintiff's request for permission to file suit against the Commissioner of Social Security [#1] is DENIED and this matter is dismissed.

SO ORDERED.

Dated: March 28, 2014

                                            /s/ Gershwin A. Drain
                                            GERSHWIN A. DRAIN
                                            UNITED STATES DISTRICT JUDGE

- 2 -

> CERTIFICATE OF SERVICE
>
> Copies of this Order were served upon attorneys of record on March 28, 2014, by electronic and/or ordinary mail to Annie Hester at 64 Menlo Park, Bellville, MI 48111.
>
> /s/ Tanya Bankston
>
> Deputy Clerk